# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00316-CV

### J. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-FM-12-006145, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On August 14, 2014, this Court affirmed the trial court's order terminating J.B.'s parental rights to his minor child.[1] *See* Tex. Fam. Code § 161.001. On August 15, 2014, this Court received appellant's motion for extension of time to file an appellant's brief. We construe this motion as a motion for extension of time to file a motion for rehearing and grant the motion in part. *See* Tex. R. App. P. 49.8. If appellant wants to file a motion for rehearing, he must do so by September 15, 2014.

It is ordered on August 22, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

---

[1] We refer to the father by his initials only. *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.